# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| SENECA INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>FOURTH AND NINETEENTH LLC; TERRY WHITE; JUSTIN MITCHELL; KIRSTEN MCCORKLE; SHAWNA RAGLAND; TIMOTHY RAGLAND; and ROBERT L. CROOK JR.<br><br>Defendants. | Case No.: 2:26-cv-00502-EGL |

## FIRST AMENDMENT TO COMPLAINT
## FOR DECLARATORY JUDGMENT

Plaintiff Seneca Insurance Company files this First Amendment to its Complaint for Declaratory Judgment to substitute Exhibit A (Doc. 1-1) for the document attached hereto. In filing this First Amendment, Plaintiff incorporates and realleges its entire Complaint (Doc.1) with the same force and effect as set forth therein.

Respectfully submitted,

/s/ M. Todd Lowther
M. Todd Lowther (asb-3992-A60L)
Margot Blaire Woolverton (asb-1158-X67X)
BARZE TAYLOR NOLES LOWTHER LLC

Lakeshore Park Plaza
2204 Lakeshore Drive, Suite 425
Birmingham, AL 35209
205-872-1025
205-872-1037
tlowther@btnllaw.com
mwoolverton@btnllaw.com

Frank M. Falcone (*Admitted Pro Hac Vice*)
Kennedy's Law
400 Connell Drive, Suite 700
Berkeley Heights, New Jersey 07922
908-848-6304
Frank.Falcone@kennedyslaw.com

*Attorneys for Seneca Insurance Company*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of May, 2026, I have electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to counsel for all parties of record at the time of filing and/or United States Mail, first-class postage prepaid and properly addressed as follows:

Jason Tortorici
Schilleci & Tortorici
100 Centerview Drive, Suite 205
Birmingham, Alabama 35216
jpt@schillecitortoricilaw.com
*Counsel for Fourth and Nineteenth, LLC*

Terry White
292 Huntington Parc Road
Homewood, Alabama 35226

Robert L. Crook, Jr.
3826 S. Cove Drive
Mountain Brook, Alabama 35213

Shawna Ragland
421 Kiowa Road
Remlap, Alabama 35133

And I hereby certify that I will mail the document by U.S. certified mail to the following non-filing user:

Timothy Ragland
421 Kiowa Road
Remlap, Alabama 35133

Justin Mitchell
364 Stone Brook Circle
Hoover, Alabama 35226

Kirsten McCorkle
2516 Dolly Ridge Road
Vestavia Hills, Alabama 35243

> /s/ M. Todd Lowther
> Of Counsel

3